Ex. 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES *ex rel*. MIKE KANE, *Plaintiff/Relator*, v. BEEGHLY TREE, LLC, HILLVALE ENTERPRISES, LLC, PROGRO ENVIRONMENTAL, LLC, HILLVALE FARMS, RYAN BEEGHLY, MATT BEEGHLY, and HEATH YOUNKIN, *Defendants*. | Civil Action No. 3:21-cv-160-WCC |

### DECLARATION OF ARTHUR H. STROYD, JR.

1.  My name is Arthur H. Stroyd, Jr. After graduating from Kenyon College in Gambier, Ohio, with an A.B. in economics, I entered the School of Law of the University of Pittsburgh. I received his J.D. after serving as a U.S. Naval Officer during the Vietnam War.

2.  Following a clerkship with the late Honorable Joseph F. Weis, Jr., U.S. Court of Appeals for the Third Circuit, I spent much of my career with the international law firm, Reed Smith LLP, where I was one of its Managing Partners also serving as Head of its Litigation Group, as the Practice Leader for its Products Liability and Insurance Coverage Group, as its Recruiting Partner and more. I am a Fellow in the American College of Trial Lawyers and have been recognized in *The Best Lawyers in America* in six (6) categories for more than twenty (20) years and where I have been repeatedly named "Lawyer of the Year," in *Pennsylvania Super Lawyers* including *Pittsburgh's Top 50 Super Lawyers,* in *The Best Lawyers in Pittsburgh* and with an "AV

Preeminent Rating," the highest mark for ethics and professional excellence from *Martindale-Hubbell's* Peer Review Ratings, for more than 35 years.

3.  Throughout my career I have managed a wide array of sophisticated matters involving commercial disputes, trust and estates disputes, class actions, contract negotiations, intellectual property/patent litigation, the formation and dissolution of businesses, breaches of contract, corporate waste, the sale and disposition of properties, restrictive covenants, the valuation of assets and business opportunities, product liability litigation, construction disputes and more. I am an adviser to various businesses, am certified as a Mediator, Arbitrator and Early Neutral Evaluator in Federal Court and have been repeatedly appointed by courts to serve as a Special Master for discovery and other aspects of complex cases. I have planned and lectured at various seminars relating to commercial litigation, civil procedure, construction law, products liability as well as trial and appellate practice and was in charge of training attorneys at Reed Smith.

4.  I serve on the Board of the Pennsylvania Lawyers Fund for Client Security and have been on the Advisory Committee for Pennsylvania Bar Association's Commission for Justice Initiatives, was a member of the Jury Service Committee of the Pennsylvania Interbranch Commission for Gender, Racial & Ethnic Fairness and am General Counsel of the Material Handling Industry, a trade association of 900 manufacturers that is headquartered in North Carolina.

5.  I am the past President of the Academy of Trial Lawyers of Allegheny County and of the Allegheny County Bar Association, where I also served as Chair of its Judiciary Committee and its Civil Litigation Section as well as Co-chair of a Task Force for Gender Initiative of the PBA. I was a member of the Pennsylvania Civil Procedural

Rules Committee and of the House of Delegates of the Pennsylvania Bar Association, where I chaired a Task Force reviewing its subsidies, and was the solicitor for Pennsylvania's Interbranch Commission on Juvenile Justice serving on a *pro bono* basis.

6.  It is my experience that *qui tam* litigation is highly complex and requires significant specialization beyond the capabilities of most general civil litigators. The Employment Law Group, P.C. charges and receives a rate of $750-$850 per hour for partners' work in *qui tam* cases, between $450 and $650 per hour for partners and associates, and $250 per hour for law clerks. The Stone Law Firm regularly charges $825 per hour for cases under the False Claims Act (FCA).

7.  The Employment Law Group, P.C. seeks to be compensated for Mr. Oswald's time at the rate of $850 per hour, for Mr. Woodfield's time at the rate of $750 per hour, for Ms. Quinn's time at the rate of $650 per hour, for Ms. Pappas's time at the rate of $450 per hour, and $250 per hour for law clerks. The Employment Law Group, PC's *qui tam* practice is nationally recognized, and Mr. Woodfield was admitted to the Bar in 1995 while Mr. Oswald was admitted in 1997. Ms. Quinn was admitted in 2015, and Ms. Pappas was admitted in 2019. The Employment Law Group, P.C. has filed FCA cases that have resulted in recoveries including $57 million in a student-loan case and $34.7 million against a chain of cancer-treatment centers that were accused of Medicare fraud. Its hourly rates are consistent with those charged by other attorneys in the Western District of Pennsylvania with comparable skill and experience and are in line with rates charged by attorneys of similar experience, skill and reputation focusing their practice in *qui tam* litigation in the Western District of Pennsylvania and nationwide.

8. Mr. Stone seeks to be compensated at the rate of $825 per hour. He has nationally recognized expertise under the False Claims Act, was admitted to practice in 1981 and has been litigating False Claims Act cases since 1994. His hourly rate of $825.00 per hour is consistent with those charged by other attorneys in this District with similar skill and experience, in that $825 per hour is reasonable, if not conservative, and is in line with rates charged by attorneys of similar experience, skill and reputation focusing their practice on *qui tam* litigation in Western Pennsylvania and nationwide.

I declare under penalty of perjury that the foregoing is true and correct.

Arthur H. Stroyd, Jr.

September 10, 2025
Date

4